**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

GS HOLISTIC, LLC,

Plaintiff, : Case No. 3:23-cv-0336

District Judge Walter H. Rice
- vs - Magistrate Judge Michael R. Merz

DIXIE SMOKE SHOP LLC, et al.,

Defendants. :

---

## DECISION AND ORDER

---

This case is before the Court on Defendants' Motion for Leave to File an Amended Answer and Counterclaim (ECF No. 7). The Motion is DENIED for the following reasons:

1. The Motion fails to comply with S. D. Ohio Civ. R. 7.3 in that it does not show an effort to obtain consent from opposing counsel.
2. The Motion is signed by Attorney Todd E. Bryant who purports to have substituted for Attorney Stephen Klein as trial attorney. However, the substitution did not comply with S. D. Ohio Civ. R. 83.4(b).
3. The Motion is not machine readable as required by S. D. Ohio Civ. R. 5.1(c).

July 29, 2024.

s/ *Michael R. Merz*
United States Magistrate Judge