IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GS HOLISTIC, LLC | : | Case No. 3:23-CV-0336-WHR-MRM |
| Plaintiff, | : | Judge Walter H. Rice<br>Magistrate Michael R. Merz |
| vs. | : | |
| DIXIE SMOKE SHOP, LLC, et al. | : | **NOTICE OF DISMISSAL OF COUNTERCLAIM** |
| Defendants. | : | |

NOW COME Defendants, Dixie Smoke Shop, LLC and Mohammad Tayeh, by and through counsel, and pursuant to F.R.C.P. 41(C), and hereby provide Notice of Dismissal of their Counterclaim without prejudice to refiling.

/s/ Todd E. Bryant

Todd E. Bryant, Esq. (0072738)
The Bryant Firm, LLC
2295 Girard Lane E
Troy, Ohio 45373
(937) 581-3792
*Trial Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served on John D. Hoffman, Jr., 137 Heritage Woods Drive, Suite 210, Akron, OH 44321, this 20th day of November, 2024.

/s/ Todd E. Bryant

Todd E. Bryant, Esq.