THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC.

Plaintiff,

vs.

CRYSTALS UP IN SMOKE INC.,
d/b/a UP IN SMOKE, *et al.*

Defendants.

CASE NOS. 1:23-cv-627
1:23-cv-634
1:23-cv-635
1:23-cv-636
1:23-cv-638
1:23-cv-639
1:23-cv-641
1:23-cv-648
1:23-cv-671
1:23-cv-672
1:23-cv-673
1:23-cv-674
1:23-cv-677
1:23-cv-748
1:24-cv-451
1:24-cv-553
1:25-cv-163
2:23-cv-3231
2:23-cv-3234
2:23-cv-3472
2:23-cv-3578
2:23-cv-3601
2:23-cv-3604
2:23-cv-3606
2:23-cv-3760
2:23-cv-3761
2:23-cv-3762
2:23-cv-3782
2:23-cv-3786
2:23-cv-3811
2:23-cv-3928
2:23-cv-3931
3:23-cv-294
3:23-cv-307
3:23-cv-317
3:23-cv-323

3:23-cv-324
3:23-cv-325
3:23-cv-328
3:23-cv-336
3:23-cv-350
3:23-cv-351

Judge Walter H. Rice
Magistrate Judge Michael R. Merz

---

ORDER SETTING LITIGATION SCHEDULE: UPON ENTRY, ALL PARTIES SHALL ENGAGE IN EARNEST SETTLEMENT NEGOTIATIONS UNTIL 5:00 P.M. EST ON JANUARY 2, 2026; IF ANY OF THE ABOVE-CAPTIONED CASES IS RESOLVED IN THAT TIME, THEN THE PARTIES SHALL FILE NOTICES OF DISMISSAL WITH PREJUDICE AS SOON AS PRACTICABLE; NO LATER THAN 5:00 P.M. EST ON JANUARY 5, 2026, THE PARTIES SHALL FILE A JOINT STATUS REPORT IN CASE NO. 1:23-cv-627, LISTING THE OUTSTANDING CASES AND THEIR RESPECTIVE STATUSES; FED.R.CIV.P. 26(f) REPORTS ON ALL OUTSTANDING CASES SHALL BE FILED NO LATER THAN 5:00 P.M. EST ON JANUARY 26, 2026; AN OMNIBUS PRELIMINARY PRETRIAL CONFERENCE ON ALL REMAINING CASES SHALL BE HELD AT 4:30 P.M. VIA ZOOM ON MONDAY, FEBRUARY 2, 2026

---

Having resolved the questions of activity, ownership, and validity of the trademarks at issue in most of the above-captioned cases, and in the interest of bringing these cases to full and expeditious resolution, the Court ORDERS the following litigation schedule:

1. For a period starting upon entry of this Order and continuing **until 5:00 p.m. EST on Friday, January 2, 2026**, Plaintiff GS Holistic, LLC, and all Defendants shall engage in earnest, good-faith settlement discussions in all cases. If the parties resolve any of the cases, then they shall file notices of dismissal with prejudice as soon as is practicable;

2. At **5:00 p.m. EST on Monday, January 5, 2026**, the parties shall submit a joint status report, listing the outstanding cases and stating the status of those cases;

3. At **5:00 p.m. EST on Monday, January 26, 2026**, the parties shall submit FED.R.CIV.P. 26(f) reports for each outstanding case;

4. At **4:30 p.m. EST on Monday, February 2, 2026**, the Court will conduct an omnibus preliminary pretrial conference for ALL remaining cases, via ZOOM.

**IT IS SO ORDERED.**

Walter H. Rice

Date: November 18, 2025

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT