THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GS HOLISTIC, LLC.<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTALS UP IN SMOKE INC.,<br>d/b/a UP IN SMOKE, *et al.*<br><br>Defendants. | CASE NOS. 1:23-cv-634<br>1:23-cv-638<br>1:23-cv-639<br>1:23-cv-641<br>1:23-cv-708<br>1:23-cv-748<br>1:24-cv-451<br>1:24-cv-553<br>1:25-cv-163<br>2:23-cv-3234<br>2:23-cv-3578<br>2:23-cv-3601<br>2:23-cv-3604<br>2:23-cv-3606<br>2:23-cv-3760<br>2:23-cv-3761<br>2:23-cv-3782<br>2:23-cv-3786<br>2:23-cv-3928<br>2:23-cv-3931<br>3:23-cv-294<br>3:23-cv-307<br>3:23-cv-317<br>3:23-cv-324<br>3:23-cv-325<br>3:23-cv-328<br>3:23-cv-336<br>3:23-cv-350<br>3:23-cv-351<br><br>Judge Walter H. Rice |

ORDER VACATING STATUS CONFERENCE SET FOR JUNE 8, 2026, AT 4:00 P.M. EDT, AND SETTING CONFERENCE REGARDING MOTIONS TO AMEND PRELIMINARY PRETRIAL CONFERENCE ORDERS ON JUNE 15, 2026, AT 5:00 P.M. EDT FOR THOSE CASES LISTED HEREIN

---

Pursuant to the Preliminary Pretrial Scheduling Order, the captioned cases were set to meet for a post-discovery status conference to discuss alternative dispute resolution ("ADR") on June 8, 2026, at 4:00 p.m. EDT. (No. 1:23-cv-634, Doc. #28, PAGEID 137). However, with the Court extending the discovery deadline until June 12, 2026 (Order, No. 1:23-cv-639, Doc. #39), and with Motions to Amend the Case Schedule in eleven cases being filed on June 5, 2026 (*see, e.g.*, Motion, No. 2:23-cv-3234, Doc. #78), such a conference would be premature. Accordingly, the Court VACATES the ADR conference set for June 8. All depositions currently noticed shall go ahead as planned.

The Court ORDERS a conference to discuss the Motions to Amend on **Monday, June 15, 2026, at 5:00 p.m. EDT** for the following cases:

a. 2:23-cv-3234
b. 2:23-cv-3578
c. 2:23-cv-3601
d. 2:23-cv-3604
e. 2:23-cv-3606
f. 2:23-cv-3760
g. 2:23-cv-3782
h. 2:23-cv-3786
i. 2:23-cv-3928
j. 3:23-cv-350
k. 3:23-cv-351

**IT IS SO ORDERED.**

Walter H. Rice

June 8, 2026

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT